UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Carlos MALDONADO-Garcia,**<br><br>Defendant | Magistrate Docket No.<br><br>'08 MJ 0576<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **February 25, 2008** within the Southern District of California, defendant, **Carlos MALDONADO-Garcia,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **FEBRUARY, 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Carlos MALDONADO-Garcia

## PROBABLE CAUSE STATEMENT

On Monday February 25, 2008 at approximately 7:10 p.m., Border Patrol Agent L. Barragan was conducting assigned duties near the Tecate, California Port Of Entry. Agent Barragan responded to a sensor alert south of the 44.5 Mile marker on State Route 94. This area is approximately five miles east of the Tecate Port of Entry and approximately one mile north of the U.S./Mexico Border. Upon arriving in the area, Agent Barragan encountered five individuals on a dirt trail. Agent Barragan identified himself as a Border Patrol Agent and questioned the individuals regarding their citizenship and immigration status. All five individuals, including one later identified as the defendant **Carlos MALDONADO-Garcia**, admitted to being a citizens and nationals of Mexico illegally present in the United States. At approximately 9:00 p.m., the defendant and the other four individuals were placed under arrest, and transported to the Tecate Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 04, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.